IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT, | No. CIV S-07-0301GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ERICSON, et al., | |
| Defendants. | |
| _____/ | |

An initial scheduling conference was held on November 13, 2007. Attorney Tanya Rosen appeared on behalf of plaintiff.[1] At the hearing, Ms. Rosen made an oral motion to stay these proceedings pending resolution of an ongoing state criminal action against plaintiff. Counsel's motion will be granted. See Wallace v. Kato, 127 S.Ct. 1091 (2007); Younger v. Harris, 401 U.S. 37 (1971). Plaintiff will be required to submit periodic reports on the status of state court proceedings.

/ / /

/ / /

---

[1] The docket continues to reflect that plaintiff is proceeding pro se. Counsel will be directed to file a substitution and notice of appearance within 15 days of the date of this order.

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    Ms. Rosen shall file a substitution and notice of appearance within 15 days of the date of this order;

    3.    The oral motion for a stay of proceedings is granted; and

    4.    Within 60 days of the date of this order, and every 60 days thereafter, plaintiff shall file a report on the status of state court proceedings.

DATED: December 14, 2007

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE