IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT, | No. CIV S-07-0301GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ERICSON, et al., | |
| Defendants. | |
| _____/ | |

The court hereby corrects its prior order to reflect that attorney Tania Beth Rose (not Tanya Rosen) appeared at the November 13, 2007, hearing on behalf of plaintiff. Ms. Rose shall be required to file a substitution of attorneys and notice of appearance.

Accordingly, IT IS HEREBY ORDERED that:

1. Ms. Rose shall file a substitution and notice of appearance within 15 days of the date of this order; and

/ / /

/ / /

/ / /

/ / /

1

2. The Clerk of the Court is directed to serve a copy of this order on Ms. Rose at the following address:

> Law Offices of Tania Rose
> 180 Montgomery Street, Suite 940
> San Francisco, CA 94104

DATED: December 18, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE