IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT, | No. CIV S-07-0301-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ERICSON, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, who is proceeding with retained counsel, brings this civil action. On December 14, 2008, the court granted plaintiff's request to stay these proceedings and directed plaintiff to submit status reports every 60 days. The last status report was filed over one month late on May 23, 2008. Plaintiff is directed to show cause in writing within 20 days of the date of this order why this action should not be dismissed for lack of prosecution and failure to comply with court orders. See Local Rule 11-110.

///

///

///

///

1

IT IS SO ORDERED.

DATED: August 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE