IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT, | No. CIV S-07-0301-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ERICSON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On December 14, 2008, the court granted plaintiff's request to stay these proceedings pending resolution of a related state court criminal prosecution and directed plaintiff to submit status reports every 60 days. The last status report was filed over one month late on May 23, 2008. Because no further status report had been filed as of August 6, 2008, the court directed plaintiff to show cause in writing within 20 days why this action should not be dismissed for lack of prosecution and failure to comply with court orders. On August 18, 2008, plaintiff submitted a further status report. The order to show cause is, therefore, discharged.

///

///

In his August 18, 2008, status report, plaintiff states that the state court criminal prosecution was concluded upon plaintiff's entry of a plea of no contest to the charge of "wet reckless." Accordingly, the stay is lifted. Plaintiff shall serve process and file proofs of service with the court. Along with the summons, plaintiff shall serve on each defendant a copy of the complaint and this order.

The matter is set for a status/scheduling conference on October 22, 2008, at 10:00 a.m. at the United States District Court in Redding, California, 2986 Bechelli Lane, 3rd Floor. The parties may appear by telephone. Seven days prior to the status/scheduling conference, the parties shall file status reports addressing the following:

1. The status of service of process on defendants;
2. Possible joinder of additional parties;
3. Any expected or desired amendment of the pleadings;
4. Jurisdiction and venue;
5. Anticipated motions and the scheduling thereof;
6. The potential for settlement;
7. Scheduling of discovery cut-off dates, expert disclosures, and trial;
8. Whether the parties will consent to magistrate judge jurisdiction; and
9. Any other matters relevant to this case.

The Clerk of the Court is directed to re-issue and send to plaintiff an original summons for the defendants named in the complaint.

IT IS SO ORDERED.

DATED: August 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2