1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   EDWIN VERNON LOCKETT,              No. CIV S-07-0301-GEB-CMK
12              Plaintiff,
13        vs.                            ORDER
14   KEITH ERICSON, et al.,
15              Defendants.
16   _____/
17            The parties have stipulated to an extension of time to file briefs addressing the
18   court's jurisdiction.  Good cause appearing therefor, the request is granted.  Defendants' opening
19   brief is due by January 13, 2009, plaintiff's response is due by February 3, 2009, and defendants'
20   reply is due by February 12, 2009.
21            IT IS SO ORDERED.
22    DATED:  December 9, 2008
23                                          _____
24                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE
25
26
                                    1