EDMUND G. BROWN JR., Attorney General
of the State of California
JAMES M. SCHIAVENZA
Senior Assistant Attorney General
ALBERTO L. GONZÁLEZ, SBN 117605
Supervising Deputy Attorney General
1300 I Street /  P.O. Box 944255
Sacramento, CA  94244-2550
Telephone: (916) 324-5369
Facsimile:  (916) 322-8288

Attorneys for Defendant Keith Ericson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH ERICSON, et al.,<br><br>    Defendants. | CASE NO. 2:07-CV-00301 GEB CMK<br><br>**DEFENDANT ERICSON'S REQUEST FOR JUDICIAL NOTICE** |

Defendant, by and through their attorney, hereby request this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following facts and supporting documents:

1.     On February 16, 2005, Law Enforcement Officers Keith Ericson, Dave Mickelson, Robert Gibson and Chris Lynch were dispatched to a report of a vehicle off the roadway.  They responded to the scene and ultimately entered Mr. Lockett''s home and arrested him for violation of VC 23152(a) - driving under the influence.  A true and accurate copy of the California Highway Patrol Report dated February 16, 2005, has been attached hereto as Exhibit "A".

2.     On or about March 9, 2005, a criminal Misdemeanor Complaint was filed against plaintiff based upon his arrest on February 16, 2005.  A true and accurate copy of the criminal Misdemeanor Complaint has been attached hereto as Exhibit "B", certified copies are in the possession of the undersigned counsel of record.

3. Following the denial of his Motion to Suppress, Plaintiff pled no contest to violation of California Vehicle Code section 23103(a) pursuant to California Vehicle Code section 23103.5. The no contest plea was made on or about June 23, 2008. At that time Defendant waived his right to appeal the denial of his Motion to Suppress Evidence pursuant to Penal Code section 1538.5. A true and accurate copy of the Court''s Minutes for the hearing on June 23, 2008, and the Court''s Order of Informal Probation, dated June 23, 2008, have been attached hereto as Exhibit "C", certified copies are in the possession of the undersigned counsel of record.

Dated: January 13, 2009

                EDMUND G. BROWN JR., Attorney General
                  of the State of California
                JAMES M. SCHIAVENZA
                  Senior Assistant Attorney General

                */s/ Alberto L. González*

                ALBERTO L. GONZÁLEZ
                  Supervising Deputy Attorney General

30634232.wpd
SA2008306302

2
DEFENDANT ERICSON'S REQUEST FOR JUDICIAL NOTICE

**CERTIFICATE OF SERVICE**

Case Name:   **Edwin Lockett v. Keith Ericson**      No:   **2:07-CV-0301 GEB CMK**

I hereby certify that on January 13, 2009, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ERICSON'S REQUEST FOR JUDICIAL NOTICE**

I hereby certify that all participants in the case are registered CM/ECF users and that the service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 13, 2009, at Sacramento, California.

/s/ Priscilla Lucas
PRISCILLA LUCAS