# EXHIBIT A

# EXHIBIT A

# DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## DRIVING UNDER THE INFLUENCE ARREST--INVESTIGATION REPORT
CHP 202 CARS (12-99) OPI 004

Lockett, Edwin Vernon (LAST NAME, FIRST NAME AND MIDDLE NAME)

2005000025

| Field | Value |
|---|---|
| COURT | SUPERIOR |
| FILE NUMBER | 2005-13-09 |
| EVIDENCE/PROPERTY NO | x NO |
| AREA | 9146 |
| BEAT | 001 |
| COLLISION REPORT NUMBER | E- |
| DATE/TIME OF ARREST REPORT | 2/16/2005  2140 |
| DATE/TIME OF INCIDENT | 2/16/2005  2105  SAME |
| LOCATION OF ARREST/INCIDENT | 1017 Smith Rd. Mt. Shasta, CA. 96067 |
| CITATION NUMBER | 58437 UW |
| OFFENSE(S) CHARGED OR INVESTIGATED | 23152 (a/b) vc-Misd. DUI w/BAC of .08% or more |
| JUS 8715 REQUIRED | YES  x NO |
| NUMBER | |

**SUBJECT NO 1 OF 1**

| Field | Value |
|---|---|
| NAME (last, first, middle) | Lockett, Edwin Vernon |
| RESIDENCE ADDRESS | 1017 Smith Rd. Mount Shasta CA 96067 US |
| AKA | |
| HOME PHONE | |
| MAILING ADDRESS | PO Box 1448 Mount Shasta CA 96067 US  SAME |
| RACE/ETHNICITY | White |
| SEX | M |
| BIRTHDATE | 2/16/1947 |
| HAIR | BRN |
| EYES | BRN |
| HEIGHT | 5-11 |
| WEIGHT | 195 |
| PLACE OF BIRTH | |
| DISPATCH NOTIFIED | x YES  NO |
| DRIVER LICENSE NUMBER | M0886952 |
| STATE | CA |
| DDL STATUS | Valid |
| MISC (SSN, INS#, ETC.) | |
| TIME | 2148 |
| ID | D0126 |
| LOG | 0417 |
| EMPLOYER | Self Employed |
| BUSINESS PHONE | |
| BUSINESS ADDRESS | |
| BOOKING, CII, FBI, ETC., NUMBER(S) | |
| WHERE BOOKED/CONFINED | Cited and Released |
| DATE/TIME | 2/16/2005  2302 |
| FINGERPRINTED | YES  x NO |

NOTIFICATION (Who, How, When) EXPLAIN IN NARRATIVE    NOTIFIED BY:
JUVENILE    FOREIGN NATIONAL    IMMUNITY CLAIM

### VEHICLE

| LICENSE | STATE | YEAR | VIN/EN NUMBER | VEHICLE WAS | STORAGE AUTHORITY |
|---|---|---|---|---|---|
| 7D54849 | CA | 2005 | 1GCEK19TX4G235923 | PARKED / RELEASED / STORED / RECOVERED / x IMPOUNDED | 22651(h) VC |

| VEH YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE | LOCATION OF VEHICLE/RELEASED TO/ADDRESS/TELEPHONE NUMBER |
|---|---|---|---|---|---|
| 2004 | CHEV | Silverad | GRN | Pickup | Ramshaw's Towing - (530)926-4760 |

NAME OF REGISTERED OWNER    x SAME AS SUBJECT    ADDRESS    x SAME AS SUBJECT

| NAME OF LEGAL OWNER | SAME AS R/O | ADDRESS | LOCATION OF KEYS |
|---|---|---|---|
| GMAC | | PO Box 8128 Cockeysville MD 21030 US | w/vehicle |

### WITNESS/PASSENGER/VICTIM

| BIRTHDATE | SEX | NAME | W/P/V | ADDRESS/AGENCY | PHONE |
|---|---|---|---|---|---|
| | F | Carolyn Lopez | | | RES: (530)926-2191  BUS: |
| | M | Robert Gibson 1105 | x WITNESS | Mt. Shasta P.D. | RES: ( ) -  BUS: (530)926-7540 |
| | M | Chris Lynch | x WITNESS | Mt. Shasta P.D. | RES:  BUS: (530)926-7540 |
| | M | Dave Mickelson | x WITNESS | CHP Mt. Shasta | RES:  BUS: (530)926-2627 |

### ADMONITION OF RIGHTS

1. YOU HAVE THE RIGHT TO REMAIN SILENT.
2. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW.
3. YOU HAVE THE RIGHT TO TALK WITH AN ATTORNEY AND TO HAVE AN ATTORNEY PRESENT BEFORE AND DURING QUESTIONING.
4. IF YOU CANNOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED FREE OF CHARGE TO REPRESENT YOU BEFORE AND DURING QUESTIONING, IF YOU DESIRE.

THE ABOVE STATEMENT WAS READ TO THE ARRESTEE
BY: x ARRESTING OFFICER   OR:    I.D.    TIME: 2234

| DO YOU UNDERSTAND EACH OF THESE RIGHTS I HAVE EXPLAINED TO YOU? | HAVING THESE RIGHTS IN MIND, DO YOU WISH TO TALK TO US NOW? | WAIVER STATEMENT |
|---|---|---|
| x YES  NO | YES  x NO | "NO" |

### MISDEMEANOR INCARCERATION
(To be completed upon physical arrest for any misdemeanor, pursuant to Penal Code Section 853.6)

The person arrested:
1. was so intoxicated as to be a danger to himself/herself or others.
2. required medical examination or medical care or was otherwise unable to care for his/her own safety.
3. was charged with one or more of the offenses listed in Sections 40302 and 40303 of the Vehicle Code.
4. had one or more outstanding arrest warrants issued.
5. could not provide satisfactory evidence of personal identification.
6. if released immediately, would jeopardize the prosecution of the offense or offenses for which arrested or the prosecution of any other offenses.
7. would be reasonably likely to continue the offense or offenses, or the safety of persons or property would be imminently endangered if immediately released.
8. demanded to be taken before a magistrate or refused to sign the citation.
9. would not appear at the time and place specified in the notice.
10. domestic violence (refer to HPM 100.69)

| ARRESTING/INVESTIGATING OFFICER (Print name/rank) | I.D. NUMBER | REVIEWED BY (Print name/rank) | I.D. NUMBER | DATE |
|---|---|---|---|---|
| K. ERICSON / Officer | 014990 | D. J. MICKELSON SGT. | 10232 | 2/17/05 |

\* Asked prior to FSTs

## INVESTIGATION INTERVIEW

| DO YOU KNOW OF ANYTHING MECHANICALLY WRONG WITH YOUR VEHICLE? YES __ X NO | | | ARE YOU SICK OR INJURED? DESCRIBE. YES __ X NO | |
|---|---|---|---|---|
| ARE YOU DIABETIC OR EPILEPTIC? YES __ X NO | DO YOU TAKE INSULIN? (Pills/Injection) YES __ X NO | DO YOU HAVE ANY PHYSICAL IMPAIRMENTS? DESCRIBE. (Feet, Legs, Ankles or Hips) | | YES __ X NO |
| WHEN DID YOU LAST SLEEP? I was asleep in my house | HOW LONG? 1 hour | WHEN DID YOU LAST EAT? | DESCRIBE | |
| WERE YOU DRIVING THE VEHICLE? X YES __ NO __ N/A | IF NO, WHO? | WHERE DID YOU START DRIVING? from my party | WHERE WERE YOU GOING? to my house | |
| WHERE WERE YOU STOPPED? | WHAT HAVE YOU BEEN DRINKING? It's my birthday | HOW MUCH? | TIME STARTED | TIME STOPPED |
| LOCATION WHERE YOU WERE DRINKING? | NAME/ADDRESS | DO YOU FEEL THE EFFECTS OF THE DRINKS? DESCRIBE | | YES __ X NO |
| DID YOU BUMP YOUR HEAD? YES __ X NO __ N/A | HAVE YOU BEEN DRINKING SINCE THE ACCIDENT? YES __ X NO __ N/A | IF YES, WHAT? | | HOW MUCH? |
| ARE YOU UNDER THE CARE OF A DOCTOR OR DENTIST? YES __ X NO | IF YES, NAME AND ADDRESS | | | RECENT SURGERY PERFORMED? YES __ X NO |
| HAVE YOU TAKEN ANY MEDICINE OR DRUGS? YES __ X NO | IF YES, WHAT? | HOW MUCH? | TIME OF LAST DOSAGE | *(Explain in Narrative) |
| DO YOU FEEL THE EFFECTS OF THE MEDICINE/DRUGS? DESCRIBE. YES __ NO | | | | |

## OBJECTIVE SIGNS/APPEARANCE/FIELD SOBRIETY TEST LOCATION

| BREATH ODOR OF ALCOHOLIC BEVERAGE PRESENT X YES __ NO | GLASSES/LENSES YES __ X NO | EYES (appearance) Red/watery | DEMEANOR Pleading/indignent | SPEECH Slurred/hesitating |
|---|---|---|---|---|

CLOTHING WORN: CONDITION AND DESCRIPTION
Dirty (urine soaked) beige jeans, black pullover sweatshirt, white crew socks

DESCRIBE TEST LOCATION, SURFACE, WEATHER, AND LIGHTING
Subject's bedroom, carpeted floor, overhead lighting

## PRELIMINARY ALCOHOL SCREEN INFORMATION

P.A.S. Admonition: I am requesting that you take a preliminary alcohol screening test to further assist me in determining whether you are under the influence of alcohol. You may refuse to take this test; however, this is not an implied consent test and if arrested, you will be required to give a sample of your blood, breath, or urine for the purpose of determining the actual alcoholic and drug content of your blood.

THE ABOVE STATEMENT WAS READ TO THE SUBJECT BY:

X N/A    ARRESTING OFFICER    OR _____    I.D. _____    TIME _____

| PAS SERIAL NUMBER | TEMPERATURE | ZEROED YES __ NO | RESULTS NO. 1 Refused | TIME 1 | RESULTS NO. 2 | TIME 2 | RESULTS NO. 3 (if needed) | TIME 3 |
|---|---|---|---|---|---|---|---|---|
| LOCATION OF TEST | At scene | BREATH SAMPLE STRENGTH Strong Moderate Weak | OFFICER ADMINISTERING PAS TEST OR | | ARRESTING OFFICER | | I.D. NUMBER | AREA |

## CHEMICAL TEST INFORMATION

| X Implied Consent Admonishment, 23612 V.C. Refused Test(s) (Complete DS 367) | | DRUG ADMONISHMENT Yes __ Refused (Complete DS 367) __ X N/A | | ATTACHMENTS EPAS results | CHP 202 DRE __ X OTHER |
|---|---|---|---|---|---|
| TYPE OF TEST | TIME | | I.D. OF SAMPLE(S) | RESULTS IF AVAILABLE | DISPOSITION OF SAMPLE(S) |
| 1 X Breath | 2204 | 2208 | Subject name | .17   .17 | Electronically sent to DOJ |
| 2 Blood | | | | | |
| 3 Urine | | | | | |

| TEST GIVEN | LOCATION WHERE TEST WAS CONDUCTED | NAME AND TITLE OF PERSON GIVING TEST OR TAKING SAMPLE |
|---|---|---|
| 1 | CHP Mt. Shasta Office | X ARRESTING OFFICER    OR |
| 2 | | ARRESTING OFFICER    OR |
| 3 | | ARRESTING OFFICER    OR |

## TROMBETTA ADVISEMENT

A. The breath testing equipment does NOT retain any breath sample for later analysis by you or anyone else.
B. If you want a sample retained, you may provide a blood or urine sample that will be retained at no cost to you. If you do so, the blood or urine sample may be tested for alcoholic or drug content by either party in a criminal prosecution.
C. Do you wish to provide an additional sample?    YES __ X NO    2214 Hours

| STATE OF CALIFORNIA NARRATIVE/SUPPLEMENTAL | | | | PAGE 3 OF 7 |
|---|---|---|---|---|
| DATE OF INCIDENT 02/16/2005 | TIME 2105 | NCIC NUMBER 9146 | OFFICER I.D. 014990 | NUMBER |

1 **NOTIFICATION:**

2

3 On 02/16/2005, at approximately 2105 hours, Yreka CHP dispatch broadcast a report of a pickup
4 off the roadway at Lassen Ln. and Smith Rd.. I responded from Lake St. at Morgan Way and
5 arrived on scene at approximately 2108 hours. Yreka dispatch received information of this
6 collision from a citizen (Witness #1, Lopez) who was reported to have spoken to the driver of the
7 vehicle involved in the collision. The witness reported to dispatch she believed the male driver to
8 be "DUI" and that he told her he was not hurt and did not need assistance.

9

10 **OBSERVATIONS UPON ARRIVAL:**

11

12 Upon my arrival I joined Mt. Shasta Police Officers Robert Gibson, ID 1105 and Chris Lynch, ID
13 1109, along with CHP Officer S. J. Dickson, ID 10410, on the south shoulder of e/b Lassen Ln.,
14 approximately 20 feet west of the west edge of Smith Road. A green Chevrolet Silverado extra-
15 cab pickup was located abandoned, on its wheels, with the front end lodged into the trees along
16 the shoulder of Lassen Ln., down a steep embankment. A quick search of the area surrounding
17 the truck revealed the vehicle to be stuck in the soft dirt and gravel comprising the shoulder of the
18 roadway. The truck was locked but the right front window was down and several items of value
19 were visible inside the vehicle. In the bed of the truck was a broken nylon strap. At this time, Mt.
20 Shasta Police Department Dispatch returned a registration check on the vehicle identifying the
21 Registered Owner's address to be 1017 Smith Rd., which was approximately one block from the
22 scene of the incident. I responded to the Smith Rd address, accompanied by the Officers Gibson
23 and Lynch. Upon our arrival at 1017 Smith Rd. at 2109 hours, we discovered the front door of the
24 residence to be ajar by approximately 2". The glass storm door was closed but unlocked. I
25 knocked on the glass storm door, identifying myself as a California Highway Patrol Officer. There
26 was no response from the residence. I continued to knock and call out to anyone who might be
27 inside for approximately 5 minutes. My primary concern was the possibility the male driver of the
28 truck might be inside the residence and injured. While knocking and calling out, the MSPD
29 officers and I heard several coughs and observed moving shadows from the interior of the

| PREPARED BY K. ERICSON / OFFICER | I.D. NUMBER 014990 | DATE 02/16/2005 | REVIEWER'S NAME | DATE |
|---|---|---|---|---|

| STATE OF CALIFORNIA NARRATIVE/SUPPLEMENTAL | | | | PAGE 4 OF 7 |
|---|---|---|---|---|
| DATE OF INCIDENT 02/16/2005 | TIME 2105 | NCIC NUMBER 9146 | OFFICER I.D. 014990 | NUMBER |

1  residence. Still there was no response to my inquiries if the person was "OK", and "are you
2  injured?" I wondered if the person inside the residence was unable to respond due to a possible
3  medical problem or if the person was intoxicated and just didn't want to reveal himself to officers.
4  I called CHP dispatch and requested Sergeant Mickelson to respond to my location. I informed
5  dispatch of the situation at the residence and appraised them of my concerns for the welfare of the
6  non-responsive person inside. Sgt. Mickelson arrived at my location and we conferred about the
7  circumstances of the incident. Based upon; the report of an accident and the position of the
8  vehicle at the scene, the witness report of the driver possibly being intoxicated, the close proximity
9  of the scene of the abandoned vehicle to the R/Os address, the open front door of the residence
10 and the fact the person inside either could not or would not, respond to my repeated knocks and
11 inquiries, we decided to enter the residence to make sure the person inside was not injured. We
12 announced ourselves and continued to call out to the person inside the residence as we entered
13 through the open front door. Sgt. Mickelson discovered a male subject in bed in the front
14 bedroom. Sgt. Mickelson asked the male if he was all right and if he required medical attention.
15 The male replied that he did not. Sgt. Mickelson asked him why he did not come to the door. The
16 male replied he was sleeping. I told him he couldn't have been in bed for very long if he'd just
17 crashed his truck at the end of his street and he replied, "I didn't crash, I just got stuck". Due to
18 Officer safety concerns, we asked him to remove the blankets covering his hands. He did so and
19 we observed he was fully clothed. There was also the strong odor of an alcoholic beverage in the
20 bedroom and his eyes were red and watery. I asked the male if he was Edwin, the registered
21 owner of the abandoned vehicle and he replied that he was. I asked him if he'd had any alcoholic
22 drinks since he got home and he replied that he hadn't. I asked Lockett for his driver license and
23 he retrieved it from his wallet which was still in the back pocket of the pants he was wearing. I
24 then asked Lockett to stand up to perform field sobriety tests (FSTs). Lockett pleaded, "but I'm in
25 my house", "I was sleeping". I again asked Lockett to perform explained and demonstrated FSTs,
26 which he failed to perform in a satisfactory manner.
27
28
29

| PREPARED BY K. ERICSON / OFFICER | I.D. NUMBER 014990 | DATE 02/16/2005 | REVIEWER'S NAME | DATE |
|---|---|---|---|---|

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL
Case 2:07-cv-00301-GEB-CMK    Document 32-1    Filed 01/13/09    Page 6 of 20
PAGE 5 OF 7

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2005 | 2105 | 9146 | 014990 | |

**FIELD SOBRIETY TESTS:**

**Horizontal Gaze Nystagmus:-** The subject exhibited a lack of smooth pursuit, with an early angle of onset and distinct/pronounced nystagmus at the extremes.

**Romberg:-** The subject estimated 5 seconds to be 30 seconds. The subject did not put his feet together as instructed and was unsteady on his feet.

**One Leg Stand:-** The subject put his foot down on counts 1000-5, 1000-7, and 1000-11, at which point the subject stated, "I give up, I can't do this, I was in my house." During the test the subject used his arms to balance, raising his arms almost straight out from his body in an effort to keep his balance.

**ARREST:**

Based upon the subject's poor driving, as evidenced by driving his vehicle off the roadway and becoming stuck on the shoulder, and his objective symptoms of intoxication, I determined that he was under the influence of an alcoholic beverage and could not operate a vehicle safely. I determined the subject was the driver of the vehicle based on the following:

-The subject was the registered owner of the vehicle
-The subject had the vehicle keys in his right front pants pocket
-The Witness statements placing the subject behind the wheel of the vehicle as he tried to remove his truck from the shoulder.
-The subject's own admission that "I didn't crash, I just got stuck"

I placed Lockett under arrest for his violation of section 23152(a)vc-driving while under the influence of alcohol per vehicle code section 40300.5. Lockett was handcuffed, searched, and placed in the right front seat of my patrol vehicle. I asked Lockett if he was injured in any way, he

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| K. ERICSON / OFFICER | 014990 | 02/16/2005 | | |

| STATE OF CALIFORNIA NARRATIVE/SUPPLEMENTAL | | | | PAGE 6 OF 7 |
|---|---|---|---|---|
| DATE OF INCIDENT 02/16/2005 | TIME 2105 | NCIC NUMBER 9146 | OFFICER I.D. 014990 | NUMBER |

1  replied that he was not. The subject's vehicle was towed and stored for safekeeping as per
2  section 22651(h)vc. I advised Lockett of implied consent and he stated he would submit to a
3  breath test. Lockett was transported to the Mt. Shasta Area CHP office where he completed a
4  breath test, the results of which were .17/.17. Prior to the test Lockett was observed continuously
5  for 15 minutes and he did not burp, belch, or regurgitate in any way. Lockett was released to
6  Barbara Wiggers at 2302 hours.
7
8  **ADDITIONAL INFORMATION:**
9
10 The witness returned to the scene of this incident and related, in essence, the following to Officer
11 Dickson: At approximately 9:00 pm she was driving on Lassen Ln. when she saw the green truck
12 off the side of the road and a male driver trying to back the vehicle back onto the roadway. The
13 witness stopped and asked the driver if he was OK and he said he was. She then asked if he
14 wanted her to call the Highway Patrol for an accident report and the driver said, "No, I'm OK, I
15 don't need any help, I just need to get my truck unstuck. The witness related the male saw her
16 dialing her cell phone and left the scene walking/stumbling s/b on Smith Rd.. The witness related
17 the male was in his mid fifties, with long, dirty blond hair, wearing dirty brown jeans and a black
18 sweatshirt (see clothing section of arrest report).
19
20 **RECOMMENDATIONS:**
21
22 I recommend that a copy of this report be forwarded to the Siskiyou County District Attorney's
23 Office to aid in the prosecution of Edwin Vernon Lockett for the following charge: 23152(a/b)vc-
24 driving while under the influence of alcohol with a bac of .08% or more.
25
26
27
28
29

| PREPARED BY K. ERICSON / OFFICER | I.D. NUMBER 014990 | DATE 02/16/2005 | REVIEWER'S NAME | DATE |
|---|---|---|---|---|

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/16/2005 | 2105 | 9146 | 014990 | |

1
2
3      ALCOTEST 7410 PRINTER
4
5
6      ALCOTEST 7410 PRINTER
7
8      CALIFORNIA DOJ
       ALCOTEST 7410 PLUS
9      SERIAL NUMBER: ARRA-0532
10     MM.DD.YY HH:MM
       02.16.05 22:03 ST
11     SEQUENTIAL TEST #: 00155
       ******************
12               SUBJECT:
       LAST:           LOCKETT
       FIRST:          EDWIN V.
13     LICENSE:        N0886952 CA
       DOB:            02-16-1947
14              OPERATOR:
       LAST:           ERICSON
15     FIRST:          KEITH
       ID-NUMBER:      14990
16     AGENCY:    CHP MT SHASTA
       LOC:       SISKIYOU CO.
17     VIOLATION:      23152CVC
       ******************
18     AIR BLANK    0.000  22:03
       BREATHTEST 1 0.17   22:04
       BASELINE  =  0.000
19     BREATHTEST 2 0.17   22:08
       BREATHTEST 3 ----   --:--
20        ALL RESULTS IN gm/210L
       ******************
21     COMMENTS:
22
23     ******************
       OBSERVED 15 MIN [signature]
24     OPERATOR SIGNATURE:
25     [signature]
26     --------CUT HERE--------
27
28
29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| K. ERICSON / OFFICER | 014990 | 02/16/2005 | | |

# AGE 21 AND OLDER OFFICER'S STATEMENT

**APS**

SECTIONS 13353 & 13353.2 CALIFORNIA VEHICLE CODE (CVC)

YOU HAVE THE RIGHT TO REQUEST A HEARING WITHIN 10 BUSINESS DAYS
COMPLETE IN BLACK INK
TO YOUR LOCAL DRIVER SAFETY DISTRICT OFFICE, LISTED ON THE BACK OF PAGE 2

| LAW ENFORCEMENT AGENCY CASE NO. | ARREST DATE | FOR DMV USE ONLY |
|---|---|---|
| 58437 UW | 2-16-2005 | |

**DRIVER'S NAME LAST, FIRST, M.:** LOCKETT, EDWIN V.
**DRIVER LICENSE NO.:** M0886952  **CLASS:** C  **STATE:** CA
THUMB PRINT (Right thumb or specify)

**MAILING ADDRESS:** P.O. BOX 1448  MT. SHASTA  **STATE:** CA  **ZIP CODE:** 96067

**DOB:** 2-16-47  **Sex:** M  **Hair:** BRN  **Eyes:** BRN  **Ht:** 5-11  **Wt:** 195

**Driver License:** ☐ Suspended/Revoked  ☒ Surrendered to Officer (Attach)  ☐ Not in Possession  ☐ Unlicensed
☒ 0.08% or more BAC Chemical Tests Results  ☐ Chemical Test Refusal (Complete reverse)  ☐ Forced Blood Test (Complete reverse)

**Vehicle Lic. No. or VIN:** 7D54849 CA  ☐ COMMERCIAL VEHICLE: Vehicle operation requires a commercial driver license (Section 15210 CVC). On 2-16-2005 at 2140 AM/**PM** in (City and County) MT. SHASTA, SISKIYOU CA. the above named driver was:

- ☒ Driving: ☐ observed by this officer or ☒ the observer shown in the shaded area below. ☒ admitted to driving.
- ☒ Arrested per Section 40300.5 CVC. (Describe details in probable cause section on second page.)
- ☐ Involved in a collision. Attach collision report. In the probable cause section on the second page, describe how time of collision was established.

had reasonable cause to believe the driver was driving a motor vehicle with alcohol and/or drugs present in the blood or while under the influence. The driver was arrested by this officer or by the person shown in the shaded area below on 2-16-2005 (Month/Day/Year) at 2105 AM/**PM** for violation of Section 23152 or 23153 CVC, or Section 191.5(a) or 192(c) of the Penal Code.

PROBABLE CAUSE. Describe in detail the facts and circumstances that led to the stop or contact. If driving was observed by someone other than the arresting officer, what did the observer say? State details on second page of this form hereby incorporated by reference.

Complete shaded area only if driving/collision observed by someone other than arresting officer or arrest done by another officer.

| ☐ Driving observed | ☒ Driver arrested | ☐ Collision witnessed | By ☐ Officer ☐ Citizen | ☒ Driving observed | ☐ Driver arrested | ☐ Collision witnessed | By ☐ Officer ☒ Citizen |
|---|---|---|---|---|---|---|---|

**NAME (PLEASE PRINT):** K.R. ERICSON
**ADDRESS:** 618 W. JESSIE ST. MT SHASTA, CA 96067
**TELEPHONE NO.:** (530) 926-2627  **OFFICER'S BADGE/ID NO.:** 14990  **OFFICER'S AGENCY:** CHP

**NAME (PLEASE PRINT):** CAROLYN LOPEZ
**ADDRESS:**
**TELEPHONE NO.:** (530) 926-2191  **OFFICER'S BADGE/ID NO.:**  **OFFICER'S AGENCY:**

**OBJECTIVE SYMPTOMS OF INTOXICATION:** ☒ Bloodshot/watery eyes  ☒ Odor of alcoholic beverage  ☒ Unsteady gait  ☒ Slurred speech
☐ Other: _____  Observed by: K.R. ERICSON  at _____ AM/PM

## CHEMICAL TEST 0.08% OR MORE BLOOD ALCOHOL CONCENTRATION (BAC)

Breath Test Results (Attach copy of the results, if available)
TEST 1 .17 % BAC on 2-16-05 1004 AM/**PM**  TEST 2 .17 % BAC on 2-16-05 1008 AM/**PM**  TEST 3 ___ % BAC on ___ AM/PM

**BREATH TEST MACHINE OPERATOR'S CERTIFICATION:** I certify under penalty of perjury under the laws of the State of California, that the above breath test sample results were obtained in the regular course of my duties. I further certify that I am qualified to operate this equipment and that the test was administered pursuant to the requirements of Title 17 of the California Code of Regulations.

Date 2-16-05  Signature X K.R. Ericson  Badge/ID No. 14990  Agcy./Div. CHP MT. SHASTA

**Blood Test Results** ☐ Blood Test on _____ DATE _____ TIME AM/PM

**Urine Test Results** ☐ Both Breath and Blood tests unavailable.  ☐ Drug use suspected.
☐ Urine Test  First Void on _____ DATE _____ TIME AM/PM  Test on _____ DATE _____ TIME AM/PM

I certify under penalty of perjury, under the laws of the State of California, that the information contained on all pages of this Officer's Statement is true and correct.

EXECUTED ON: Date 2-16-05  AT: City MT. SHASTA  County SISKIYOU  State CA

**OFFICER'S PRINTED NAME:** K.R. ERICSON  **BADGE/ID NO.:** 14990  **TELEPHONE NO.:** (530) 926-2627
**AGENCY:** CHP  **AREA:** MT. SHASTA 146  **COURT CODE (IF UNKNOWN, COURT NAME):** SISKIYOU SUPERIOR

**ISSUE DATE OF ORDER:** 2-16-05  **SIGNATURE OF ARRESTING OFFICER:** X K.R. Ericson

☒ did ☐ did not personally serve a copy of the Order of Suspension/Revocation to the driver.

IF ORDER SERVED BY ANOTHER OFFICER: I personally served a copy of the order to the driver on the date shown below:

| ISSUE DATE | OFFICER'S PRINTED NAME | BADGE/ID NO. | SIGNATURE OF OFFICER X |
|---|---|---|---|

DS 367 (REV. 11/2004)  White—DMV  Yellow—Law Enforcement  Pink—Driver  continued on reverse

AGE 21 AND OLDER - PAGE 3

APS

ADMINISTRATIVE PER SE

**SUSPENSION/REVOCATION ORDER AND TEMPORARY DRIVER LICENSE**

COMPLETE IN BLACK INK

DRIVER MUST BE GIVEN A COPY OF THIS ORDER IF PERSONALLY COMPLETED BY THE OFFICER
DMV Telephone Number (916) 657-5214

| LAW ENFORCEMENT AGENCY CASE NO. | ARREST DATE | FOR DMV USE ONLY | | |
|---|---|---|---|---|

| DRIVER'S NAME (LAST, FIRST, M.I.) | | DRIVER LICENSE NO. | CLASS | STATE |
|---|---|---|---|---|

| MAILING ADDRESS | | STATE | ZIP CODE |
|---|---|---|---|

DOB:                    Sex:        Hair:        Eyes:        Ht.:        Wt.:

Driver License:   ☐ Suspended/Revoked  ☒ Surrendered to Officer (Attach)  ☐ Not in Possession  ☐ Unlicensed
☐ 0.08% or more BAC Chemical Tests Results   ☐ Chemical Test Refusal   ☐ Forced Blood Test

You are hereby notified that your privilege to operate a motor vehicle will be suspended or revoked effective 30 days from the issue date of this order as shown below, and until you pay a $125 reissue fee and file proof of financial responsibility as shown on the reverse.

### TEMPORARY DRIVER LICENSE

This document must be carried with you and shall serve as your temporary California driver license. It is subject to the same class(es) and all restrictions as your permanent driver license. This temporary driver license does not provide you with any driving privileges if you do not have a California driver license or your license is expired, suspended, revoked, canceled or denied. It expires at midnight 30 days from the issue date of this order shown below.

This action is taken under authority of Section 13353 or 13353.2 of the Vehicle Code (VC) because you were arrested for driving under the influence of alcohol and/or drugs and:

| BAC 0.08% Breath or Blood Test | You completed a breath test with 0.08% BAC or more, or you completed a blood test and the officer believes the results will show 0.08% BAC or more. If the laboratory results show that your BAC is less than 0.08%, this suspension or revocation will be set aside. Your driver license will be reissued to you if you do not have another suspension or revocation in effect. |
|---|---|
| BAC 0.08% Urine Test | You completed a urine test and the officer believes the results will show 0.08% BAC or more. If the laboratory results show that your BAC is less than 0.08%, this suspension or revocation will be set aside. Your driver license will be reissued to you if you do not have another suspension or revocation in effect. |
| Chemical Test Refusal | You refused to submit to, or failed to complete, a chemical test of the alcohol and/or drug content of your blood. |

### HEARING INFORMATION

YOU HAVE 10 DAYS FROM RECEIPT OF THIS NOTICE TO REQUEST A HEARING TO SHOW THAT THE SUSPENSION OR REVOCATION IS NOT JUSTIFIED. *The suspension or revocation will not be stayed (delayed) unless you request a hearing within 10 days from the issue date of this order and DMV cannot provide a hearing before the effective date of the suspension or revocation and make a determination.* Hearings are conducted only to determine questions of fact as described on the reverse. Your need for a license cannot be considered at a hearing. If you want a hearing or have questions regarding this matter, contact the DMV at the telephone number shown above. A telephone hearing will be conducted unless you request an in-person hearing. Before the hearing you may see or obtain copies of the department's evidence. *You must request copies of the department's evidence at least 10 days prior to the date set for commencement of the hearing in order to receive them prior to the hearing date.* If you want the information released to someone else, give them signed permission. *You have the right to have a sign or language interpreter present at your hearing. If you require the service of an interpreter immediately notify DMV of the need for such service.* During the hearing you may present oral testimony and/or other evidence. Testimony is taken under oath or affirmation, and the hearing is recorded. You may be represented by legal counsel, or you may represent yourself. The arresting officer(s) may be subpoenaed in this matter, if it is determined that his or her testimony is needed. If you wish to question the arresting officer(s), you have the right to have subpoenas issued on your behalf. You may subpoena any other witness(es) you feel may help your case, and you have the right to cross-examine any opposing witness(es). Subpoenas will be issued by the hearing officer upon request prior to the hearing. You are responsible for service of your subpoena(s) and any witness fees required by law. After the hearing the hearing officer shall make findings and render a decision. You may request a departmental review in writing within 15 days from the date on the bottom of the notice telling you the results of your hearing. The fee for the Departmental review is $120. You may also appeal a DMV decision by filing a writ of mandamus at the superior court in your county of residence within 30 days from the date on the bottom of the notice telling you the results of your hearing.

| OFFICER'S PRINTED NAME | | BADGE/ID NO. | TELEPHONE NO. |
|---|---|---|---|
| | | 6690 | (530) 926-2627 |
| AGENCY | | AREA | COURT CODE (IF UNKNOWN, COURT NAME) |
| | | MT. SHASTA | SISKIYOU SUPERIOR |
| ISSUE DATE OF ORDER | SIGNATURE OF ARRESTING OFFICER | | |
| | X | | |

☐ did  ☐ did not personally serve a copy of the Order of Suspension/Revocation to the driver.

IF ORDER SERVED BY ANOTHER OFFICER: I personally served a copy of the order to the driver on the date shown below:

| ISSUE DATE | OFFICER'S PRINTED NAME | BADGE/ID NO. | SIGNATURE OF OFFICER |
|---|---|---|---|
| | | | X |

DS 367 (REV. 11/2004)      White—**DMV**    Yellow—**Law Enforcement**    Pink—**Driver**      continued on reverse

State of California
Department of California Highway Patrol
DRIVING UNDER THE INFLUENCE CITE AND RELEASE ADMONISHMENT
CHP 202F (Rev 6-96) OPI 004

PERSON ARRESTED: LOCKETT (Last Name)    EDWIN (First Name)    V (Middle Initial)    CITATION #: M0886952

The person named above has been arrested for driving under the influence of alcohol and/or drugs. In taking responsibility for this person, you understand and agree to the following:

1. You understand that the person has been arrested for driving under the influence of alcohol and/or drugs.
2. The person is not to drive a motor vehicle until he/she is no longer under the influence, or he/she may again be subject to arrest.
3. The person is responsible for his/her own actions.
4. The person is being released to you by mutual agreement and you accept responsibility for his/her care.

Your signature below is your acknowledgment that you have read, understand, and agree to the conditions set forth above.

Name: BARBARA WIGGERS

Address: 408 REDWOOD RD. MT. SHASTA

Driver License #: N9094742    Telephone: (530) 926-1617

Signature: Barbara Wigger

Officer: K. R. ERICSON    Badge #: 14990

Date: 2-16-2005    Time: 1102 (2302)

Use previous editions until depleted.

# EXHIBIT B

# EXHIBIT B


**ORIGINAL**

1  Office of the District Attorney
   County of Siskiyou
2  311 4th St., Rm. 204
   P.O. Box 986
3  Yreka, CA 96097
   Telephone (530) 842-8125
4  Facsimile: (530) 842-8137

FILED
LARRY D. GOBELMAN
Clerk of the Court
By _____
Date: 3-9-05
COUNTY OF SISKIYOU

5

6

7                SUPERIOR COURT OF CALIFORNIA

8                    COUNTY OF SISKIYOU

9                       WEED DIVISION                    WDMSTR

10  ┌─────────────────────────────────────────┐
    │ THE PEOPLE OF THE STATE OF CALIFORNIA   │
11  │                              Plaintiff, │   NO. 05-395
    │                                         │
12  │                                         │   MISDEMEANOR COMPLAINT
    │                                         │
13  │ EDWIN VERNON LOCKETT                    │
    │ (DOB 2-16-47)              Defendant.   │
14  │                                         │
    └─────────────────────────────────────────┘
15

16
        The People of the State of California upon oath of KIM BALDI upon information and
17
    belief complain against the defendant above named for committing the following crime(s) at and
18
    in the County of Siskiyou:
19

20
                                    **COUNT 1**
21
    DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS:  The said EDWIN
22
    VERNON LOCKETT on or about February 16, 2005, did willfully and unlawfully, while under
23
    the influence of an alcoholic beverage and a drug and under their combined influence, drive a
24
    vehicle, violating Section 23152(a) of the California Vehicle Code, a misdemeanor.
25

26
    "**NOTICE:** If convicted of this offense, the court must suspend your driving privileges if you are
27
    under the age of 21 years. Vehicle Code section 13202.5"
28

**Misdemeanor Complaint**

This instrument is a correct copy of the original on file in this office.
**ATTEST:**
**LARRY D. GOBELMAN**
Clerk of the Superior Court of the State of California in and for the County of Siskiyou.
By _____ Deputy
12-17-08

## COUNT 2

DRIVING AT .08 OR ABOVE: The said EDWIN VERNON LOCKETT on or about February 16, 2005, did willfully and unlawfully, while having 0.08 percent and more, by weight, of alcohol in his/her blood, drive a vehicle, violating Section 23152(b) of the California Vehicle Code, a misdemeanor.

"**NOTICE:** If convicted of this offense, the court must suspend your driving privileges if you are under the age of 21 years. Vehicle Code section 13202.5"

\\\

JQ:ks

CHP: 58437UW/ERICSON

## DISCOVERY NOTICE TO DEFENDANT

Pursuant to Penal Code Section 1054.3 and 1054.5, the People request counsel for defendant to provide the following information within 15 days:

1. Names and addresses of persons defense intends to call as witnesses at trial, other than the defendant;
2. A description of any "real evidence" which the defendant intends to offer in evidence at trial;
3. Any relevant written or recorded statements of witnesses the defendant intends to call at trial, other than the defendant, or reports of statements of those persons;
4. Reports or statements of experts made in connection with this case, including the results of examinations, test, experiments, and comparisons which the defendant intends to offer at trial.

Misdemeanor Complaint                    2

1       I declare upon information and belief and under penalty of perjury that the foregoing is true and correct.

2

3       EXECUTED at Yreka, California, on

4                                                 FEB 2 8 2005

5                                                 Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COUNTY OF SISKIYOU
STATE OF CALIFORNIA

GNP - 102

# EXHIBIT C

# EXHIBIT C

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SISKIYOU

**ORIGINAL**

550 Main Street
Weed, CA 96094
(530) 842-0105

DATE: 06/23/2008
REPORTER: BELL, K

HON.   DEPARTMENT 2, OLNEY
CLERK:   MC /lm

CASE#  MC WD MS TR 05-0000395
PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff,

VS.

EDWIN VERNON LOCKETT,

    Defendant

This instrument is a correct copy of the original on file in this office.
**ATTEST:**
**LARRY D. GOBELMAN**
Clerk of the Superior Court of the State of California in and for the County of Siskiyou.
By _Kelly Cheese_
        Deputy
/2/17/08

================================================================================
ORDER OF INFORMAL PROBATION

**WHEREAS, on 06/23/2008** the said defendant appeared before the Court for judgment and sentence, and having been duly arraigned for said purpose for violation of VC 23103(a) pursuant to VC 23103.5 wet reckless, and no legal cause being shown why judgment should not be pronounced, defendant having made application for probation.

**IT IS ORDERED THAT** imposition of sentence be suspended and that the defendant be placed on summary probation to this Court for a term of 3 years from this date on the following terms and conditions imposed on the defendant as indicated below:

Obey all laws and all orders of the Court.  Report to the above-entitled court when ordered to so do, notify the Court of any change of address within 10 days.

Pay a Restitution fee of $110.00 pursuant to 1202.4(m) of the Penal Code; an additional Probation Revocation Restitution Fee of $100.00 pursuant to 1202.44 of the Penal Code stayed;. **Payable in full forthwith. Make you checks payable to Superior Court and mail them to Siskiyou County Superior Court, Yreka Branch, P. O. Box 1026, Yreka, CA 96097. Fine suspended.**

Complete a First Offender Alcohol Education Program and pay the required fees.  Defendant shall enroll in the program within 30 days, and have the program completed no later than 12/31/08.

Not to drive a motor vehicle unless legally licensed and insured.  Comply with any driving privilege restriction imposed by DMV.

No driving a motor vehicle under the influence of any alcohol - WHATSOEVER.

Submit to and successfully complete a test of blood, breath or urine at the request of a Peace Officer.  Cost to be borne by defendant.

**NOTICE: Proof of enrollment must be received by the Court by 7/28/08 and proof of completion must be received by the Court no later than 12/31/08 at 5:00 p.m. or your probation will be summarily revoked and a bench warrant issued for your arrest. If the Court receives a non-compliance regarding your participation in the alcohol program, your probation will be summarily revoked and a bench warrant issued for your arrest.**

Other:  Defendant ordered to be booked and released if not already done.

**Further, but not as a condition of probation:**

Pay a Booking fee of $148.00; a Court Security Fee of $20.00; for a total of ALL fees and fines $278.00.

Dated:  6/23/08

_____
SUPERIOR COURT JUDICIAL OFFICER

I acknowledge that I have received and read a copy of this Order.

Date: 6-23-08   Signature _Edwin Lockett_

Mailing Address: 5322 MUSKRAT RD   City: WEED   State: CA

Zip: 96094   Telephone: 530 938 1591

LOCKETT, EDWIN
MS-TR-05-0000395

### RIGHT TO HAVE RECORD OF CONVICTION SET ASIDE:

**NOTICE TO PROBATIONER:**
   Thoroughly familiarize yourself with the conditions of probation, as a violation of any of the terms of probation will render you liable to the following penalties, while if you faithfully perform your duties, you will be entitled to the privileges set forth below.

**PENALTIES:**
   At any time during your probationary term, if the Court determines that you have violated any of the terms of your probation, or have engaged in any criminal practice, or have become abandoned to improper associates, it may revoke and terminate your probation and pronounce judgment (fine and/or jail).  (Penal Code 1203.2).

**PRIVILEGES:**
   TO HAVE THE CONVICTION SET ASIDE:  Defendant may, upon satisfactory completion of these terms of probation, request of the Court that his conviction be set aside, subject to certain limitations. (Penal Code 1203.4).

# Clerk's Docket and Minutes

Viol Date: 02/16/2005

Case No. MC WD MS TR 05-0000395-000   Date 06/23/2008   Time 1:30   Clerk MC

Defendant LOCKETT, EDWIN VERNON   Proceedings PVDC - JURY TRIAL

DEPARTMENT 2 Olney   Tape#/CR 4:07:34   Defense Atty ROSE

**APPEARANCES**
- ✓ In custody / ✓ Non custody
- ✓ Def present / Def not present
- ✓ Atty/PD Rose  G/S
- ✓ DA Allison  G/S
- Probation
- BH/Interpreter

1  VC 23152(a)  M   G NG NC
2  VC 23152(b)  M   G NG NC
999 PC 1465.8(a)    G NG NC
3.) VC 23103(a) M   G NG (NC)
pers. VC 23103.5    G NG NC
                    G NG NC
                    G NG NC
                    G NG NC

This instrument is a correct copy of the original on file in this office.
ATTEST:
LARRY D. GOBELMAN
Clerk of the Superior Court of the State of California in and for the County of Siskiyou.
By [signature] Deputy
12/17/08

**REFERRAL ORDERS**
- To Public Defender 842-8105
- Marginally eligible PD ___ Does not qualify
- Reserve right to reimburse
- Public Defender conflict filed
- Court apps.
- Atty ___ accepts appt.
- Make and keep appointment with attorney
- Referred to Prob/BH for:

**ARRAIGNMENT**
- Answers true name as charged ___ DOB
- Complaint read ___ waived
- Copy of Comp / Info / Ind / VOP / Amded / Cite
- To Defendant / Attorney
- Stip the Comp as Info ___ File In
- Waives Counsel ___ Hire counsel
- Waives formal arraignment
- Duly arraigned ___ Stipulates
- Advised of Constitutional Rights ___ waived
- Advised of right to PX / PT / CT / JT
- Competent to represent him/herself

**ORDERED CONTINUED TO:**
- Ordered to be present ___ excused
- Not Stated ___ With Report
- Date ___ Time ___ For
- Vacate date of ~~trial & assoc~~
- Refer to DA for possible AW ___ Drop from calendar
- Refer to Agency

**WARRANT ORDERS**
- Bench / Arrest warrant issued
- Bail set at $
- Recalled / Hold
- FTA Added 853.7/40508

**BAIL ORDERS**
- Bail forfeited
- Bail forfeiture set aside & reinstated
- Bail reinstated / exonerated
- Bail to Remain

**MOTION / AMENDMENT / ORDER**
- ✓ Plaintiff ___ Defense ___ Court ___ Defendant ___ Prob
- ✓ Motion to Add / Dismiss / Amd / O.R. / Cont. / Convert
  cnt 3 - VC 23103(a) pers. VC 23103.5
  cnts 1 & 2
- Argued and submitted ___ Submitted w/o argument ___ Conditionally
- Granted ___ Denied ___ Taken under submission
- Probation report received, read and considered ___ supplemental
- Probation summary / formally revoked and reinstated on existing terms and conditions / terminated successfully / unsuccessfully / modified / extended.
- CPO Ordered / modified / rescinded

**WAIVERS / PLEAS**
- ✓ Plea Admission / withheld / withdrawn / accepted conditionally
- Priors / SA / Violation of probation admitted / denied
- DEJ / Entered / Violation Admit / Denied / Terminated
- ✓ Advised of and waives hearing and rights
- ✓ Time for Trial / Arr. / Px / Sentencing waived / not waived
  ___ personal ___ open ended ___ till ___
- No legal cause why sentencing should not be imposed.
- Jury trial waived / demanded
- Waives Px with consent of DA and counsel
- Px duly held bound over cts
- CT / JT duly held found guilty / not guilty
- Advised of appeal rights
- ✓ Written plea of guilty / no contest executed
- Stipulate to factual basis ___ People state on record
- VOP duly held found guilty / not guilty
- Stipulates to Commissioner as Temporary Judge

**REMANDING ORDERS**
- ✓ Book & release / Agency #
- Remanded to jail forthwith bail set at $
- Re-referral to jail, serve ___ days, contact w/in 10 days. Complete by
- Ordered released on OR–Conditions:

SUBMIT TO: ___ Search ___ Testing Clause ___ No Alcohol Clause ___ No Drugs Clause ___ No Driving ___ Stay Away ___ Comply with CPO

Def waives his right to appeal any 1538.5 issues.

AR ___ ATTY ✓ DEF ___ DA ✓ PD ___ PROB ___

Rev 4/08   TEK 110

# CLERK'S DOCKET AND MINUTES — PAGE TWO

Defendant **Edwin Lockett**     Docket No. **05-395**     Date **6-23-08**

## FINE / COMMUNITY SERVICE (C)
Fine/CT# **Suspended**     Fine/CT# _____
Fine/CT# _____     Fine/CT# _____
Fine/CT# _____     Fine/CT# _____

Install: $35 ✓     Restitution: $110 ✓     Restitution (Stayed) (pur 1202.44): $110 ✓
Booking: $148 ✓     Drug Lab (11372.5): $160 __     Dom. Viol. Program (1203.097(a)(5)): $400 __
Public Defender: $ __     Drug Program (11372.7): $160 __     Dom. Viol. Shelter (1203.097(a)(11)(A)): $200 __
Court Security: $20 ✓     Theft/Crime Prevention (1202.5 (a)): $33 __     Other: __

Per Month _____ Beginning _____ In Full By/(Forthwith)
Convert Fine _____ to _____ hours of community service to be completed by _____

## JAIL ORDERS (J)
___ Serve _____ hrs/days/months, Ct./Chg. _____
___ Credit/Suspend _____ hrs/days/months, Ct./Chg. _____
___ Serve consecutive/concurrent with _____ **TOTAL JAIL** _____
___ Contact Jail within 7/10 days at 842-8156 and complete all jail time by _____
___ Court ordered booking within one week.
___ Time may be completed in another County as long as there is no cost to Siskiyou County and proof is provided to the Court and Siskiyou County Jail.
___ Convert fine $ _____ to _____ days jail. **AGENCY #** _____

## PROBATION ORDERS (G)
✓ Length of probation: **3 yrs** (summary/formal (suspend) execution (imposition)) _____ days/months jail.
Probation to terminate on _____.
✓ Obey all laws. Report to the court when ordered to do so. Notify the court of any change of address within 10 days.
___ License (D) suspended/ (Y) revoked/restricted ___ days/months/years; ___(S) to/from work; ___(T) during work; ___(V) to/from program.
✓ Don't drive unless properly licensed and insured. Follow any restrictions/suspensions imposed by DMV.
✓ Alcohol program ___ (R) Wet Reckless ✓ (Q) Level 1 ☑ 3 months ☐ 6 months; ___ (O) Level 2
Enroll w/in **30 days** _____, complete by _____, _____ not ordered.
✓ No driving under the influence of alcohol or drugs whatsoever.
✓ Submit/successfully complete a test of blood, breath or urine at the request of a peace officer/probation officer. ✓ Cost to be borne by defendant.
___ Allow the search of his/her person, residence, vehicle or any property in which he/she has an interest or right of control by a peace officer/probation officer without the need for showing probable cause to search.
___ Totally abstain from the use or possession of alcoholic beverages and not frequent any place that maintains an on-sale liquor license.
___ Not own or possess any dangerous drugs or narcotics except under the prescription of a licensed medical doctor and report proof of such prescription to supervising probation officer/court within 24/48 hours.
___ Do not own, possess, or consume any alcohol/controlled substances whatsoever.
___ Not be in any place when he/she has knowledge that illegal drugs or narcotics are present, nor associate with persons known to him/her to be illegal drug offenders.
___ Make arrangements through Behavioral Health to enter an Alcohol/Drug program/evaluation; waive confidentiality and pay fees.
___ Not own or possess any firearm/dangerous or deadly weapon for _____ years.
___ Shall not communicate nor attempt to communicate with the victim in any manner directly or indirectly or with _____.

___ Restitution Amount $ _____ To whom _____ Terms _____
___ Hunting license revoked for ___ months; not take / pursue any bird / mammal; not accompany anyone w/ weapons in game area.
___ 52 wk Batterer's/Domestic Violence Program appear on _____ for Review w/proof of enrollment
___ Comply with Criminal Protective Order.
___ Ignition interlock device ordered for _____ months/years and provide proof to the court _____ days.
✓ Other: **Def. ordered to book & release.**
**Def waives any appeal rights in regards to 1538.5 issues.**

Rev. 2/05   TEK 137