IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT, | 2:07-cv-0301-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ERICSON, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On May 12, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

///

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
3 entire file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.   The findings and recommendations filed May 12, 2009, are adopted in
7 full;
8  2.   This action is dismissed for lack of subject matter jurisdiction; and
9  3.   The Clerk of the Court is directed to enter judgment and close this file.
10 Dated: June 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge