IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT, | No. CIV S-07-0301-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ERICSON, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, brought this civil action. Final judgment was entered on June 30, 2009. Pending before the court is defendants' motion for substitution of attorneys (Doc. 44) to reflect a change in firm name. Good cause appearing therefor, the request is granted. The Clerk of the Court is directed to update the docket to reflect the new firm name.

      IT IS SO ORDERED.

DATED: July 27, 2009

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

1