IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VERNON LOCKETT,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KEITH ERICSON; CITY OF MT.<br>SHASTA POLICE; ROBERT GIBSON;<br>CHRIS LYNCH,<br><br>　　　　Defendant.[1]<br>_____ | 2:07-cv-0301-GEB-CMK<br><br><u>ORDER OF DISMISSAL</u> |

　　　　Plaintiff was required to respond to an Order filed November 17, 2011, by either filing proof that Defendant Dave Mickelson was served with process or a sufficient explanation why service was not effected within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 53.) This filing was due no later than November 28, 2011. <u>Id.</u> The November 17, 2011 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant Dave Mickelson being dismissed from this action. <u>Id.</u>

---

[1] The caption is amended according to the dismissal of Dave Mickelson in this Order.

Plaintiff failed to respond to the November 17, 2011 Order by this deadline. Therefore, Defendant Dave Mickelson is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge